UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES YATES,<br><br>　　　　Respondent. | 1:12-cv-0643-JLT (HC)<br><br>ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL<br>(Docs. 3 & 6) |

The instant petition was filed on April 20, 2012, and included a motion for appointment of counsel, citing his lack of access to the prison law library as grounds therefore. (Doc. 3). Subsequently, on April 24, 2012, Petitioner filed a second motion for appointment of counsel, citing his lack of access to legal materials, his indigent status, his lack of familiarity with legal matters, and medical circumstances related to his age (i.e., 75 years old), and a recent stroke, as grounds therefore. (Doc. 6).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court

1

1  does not find that the interests of justice require the appointment of counsel at the present time.
2  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel
3  (Docs. 3 & 6), are DENIED.
4
5  IT IS SO ORDERED.
6  Dated:   **May 11, 2012**                                         **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE